IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                              CHAPTER 13

SHELIA ANN BOYD                                                   CASE NO.: 23-01525-JAW

### RESPONSE TO OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Debtor, Shelia Ann Boyd, by and through counsel, and files this her Response to Objection to Confirmation of Plan (Dkt # 42) filed by Exeter Finance LLC, and in support thereof would show unto this Honorable Court, the following things, to-wit:

**1.**

Debtor admits the allegations of paragraphs one through six.

**2.**

Debtor denies the allegations of paragraph seven through fourteen.

**3.**

Debtor will amend the chapter plan to reflect the pre-petition arrearages and the full value of Exeter Finance LLC's proof of claim.

**4.**

Debtor denies the allegations and relief sought in the paragraph beginning with "Wherefore, Premises Considered."

**WHEREFORE, PREMISES CONSIDERED**, the debtor respectfully requests that the Exeter Finance LLC's Objection to Confirmation be denied.

Respectfully submitted,

/s/ Felisha A. Sheppard
Felisha A. Sheppard
Attorney for Debtor

**OF COUNSEL:**

Felisha A. Sheppard, Esq. (MSB#105302)
FASLAW, PLLC
Post Office Box 2105
Jackson, MS  39225-2105
Telephone: (601) 398-2375
Facsimile: (601) 398-2930
FSheppard@faslaw.net

**CERTIFICATE OF SERVICE**

    I, **FELISHA A. SHEPPARD**, attorney for Debtor(s), do hereby certify that by filing the attached *Response to Objection to Confirmation*, I have caused the following parties to be served electronically via ECF:

>Harold J. Barkley, Jr., Chapter 13 Trustee
>HJB@HBarkley13.com
>
>U.S. Bankruptcy Trustee
>501 East Court Street, Suite 2.300
>P.O. Box 2448
>Jackson, MS  39225-2448
>
>Christopher D. Meyer
>cmeyer@burr.com

    I further certify that I have this day, served a true and correct copy of the *Response* by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (Matrix).

    DATED: September 5, 2023.

/s/  Felisha A. Sheppard_____
Felisha A. Sheppard, Esq.